

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| REPUBLIC WATER COMPANY OF TEXAS, LLC, | § | No. 08-17-00001-CV |
| | § | |
| | | Appeal from the |
| Appellant, | § | |
| | | 112th District Court |
| v. | § | |
| | | of Pecos County, Texas |
| MIDDLE PECOS GROUNDWATER CONSERVATION DISTRICT, | § | |
| | | (TC# P-11956-112-CV) |
| | § | |
| Appellee. | | |

## MEMORANDUM OPINION

Appellant, Republic Water Company of Texas, LLC, has filed a motion to dismiss its appeal because the parties have agreed to settle their dispute. *See* TEX.R.APP.P. 42.1. We grant the motion and dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d)("Absent agreement of the parties, the court will tax costs against the appellant.").

GINA M. PALAFOX, Justice

August 4, 2017

Before McClure, C.J., Rodriguez, and Palafox, JJ.